# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC11 | 9465621 | K. PAULIN | 1822 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 05/03/2025 1401 | 38 CFR 1.218(a)(12) |

**Place of Offense**
11301 WILSHIRE BLVD LA CA 90073

**Offense Description: Factual Basis for Charge** HAZMAT ☐
FAILING TO POSSESS A CURRENT VALID DRIVER'S LICENSE

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| ARCHULETA | MARGARET | D |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 4470H | TN | 12 | NISSAN/ROGUE | BLK |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 250 Forfeiture Amount
+ $30 Processing Fee
$ 280 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: ROYBAL FEDERAL BUILDING
255 E. Temple St. 6th Floor
Los Angeles, CA 90012

Date: 7-2-25
Time: 0800

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

*9465621*

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on MAY 3, 2025 while exercising my duties as a law enforcement officer in the CENTRAL District of CALIFORNIA

☒ SEE ATTACHED PC FORM ☒

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/03/2025
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/12/2025 15:36
CVB SCAN 05/12/2025 15:36